IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:11-2137-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JUAN MANUAL GUZMAN-BAEZA | ) | |
| _____ | ) | |

The court has received the attached letter, dated September 19, 2012, which is written by the defendant himself in Spanish. The court recently sentenced the defendant and it is uncertain as to whether this letter/document constitutes a Notice of Appeal.

Out of an abundance of caution, the Clerk is hereby directed to docket this document as a Notice of Appeal for the defendant, nunc pro tunc, as of the date the letter was delivered to prison officials by the defendant. It is further ordered that the Clerk send a copy of this order, together with the letter/notice of appeal attached to Eric Kaufmann, Esquire, defendant's counsel, who is hereby ordered to have this document translated into English so that this court and the Court of Appeals will be aware of the letter's contents. The translated document should be submitted to this court on or before October 26, 2012, so that this court and the Court of Appeals will know how to proceed.

IT IS SO ORDERED.

October 9, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge